JUDGE CEDARBAUM

08 CV 4792

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
JO TANKERS B.V.,

            Plaintiff,

    - against -

PDVSA PETROLEO SA,

            Defendant.
------------------------------------------------------X

08 Civ. _____
ECF CASE

RECEIVED
MAY 22 2008
U.S.D.C. S.D.N.Y.

## DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:   NONE.

Dated: May 22, 2008
       New York, NY

                                        The Plaintiff,
                                        JO TANKERS B.V.,

                            By: _____
                                        Lauren C. Davies (LD 1980)
                                        Thomas L. Tisdale (TT 5263)
                                        TISDALE LAW OFFICES, LLC
                                        11 West 42nd Street, Suite 900
                                        New York, NY 10036
                                        (212) 354-0025 – phone
                                        (212) 869-0067 – fax
                                        ldavies@tisdale-law.com
                                        ttisdale@tisdale-law.com