UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JO TANKERS B.V.,

                Plaintiff,

  - against -

PDVSA PETROLEO SA,

                Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08

08 Civ. 4792 (MGC)
ECF CASE

## ORDER OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the defendant that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a). ~~Further, the Ex Parte Order for Process of Maritime Attachment is vacated and any and all funds held under attachment pursuant to the Order shall be released.~~

Dated: June 13, 2008
       New York, NY

THE PLAINTIFF,

By: _____
Lauren C. Davies (LD 1980)
Thomas L. Tisdale (TT 5263)
TISDALE LAW OFFICES, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
Tel. (212) 354-0025 / Fax (212) 869-0067
ldavies@tisdale-law.com
ttisdale@tisdale-law.com

SO ORDERED,

_____
U.S.D.J.    June 23, 2008